## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| VENTURE MEDICAL, LLC,<br>a Montana limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>QUANTUM PRACTITIONER<br>SERVICES, LLC,<br>a Florida limited liability corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. |

## COMPLAINT

COMES NOW the Plaintiff, Venture Medical, LLC ("**Venture Medical**"), by and through undersigned counsel, hereby sues Defendant, Quantum Practitioner Services, LLC ("**Quantum**") and alleges as follows:

### PARTIES, JURISDICTION & VENUE

1. Venture Medical is a Montana limited liability company with its principal place of business at 211 N. Higgins Ave., Suite 305, Missoula, MT 59802.

2. Quantum is a Florida limited liability company with its principal place of business at 6547 Kenava Loop, Palmetto, Florida 34221.

1

3.      This court has jurisdiction pursuant to 28 U.S.C. § 1332(a) because each party is a citizen of a different state and the matter in controversy exceeds the sum of $75,000, exclusive of interest, costs and attorney's fees.

4.      This court has personal jurisdiction over the Quantum since it is a duly registered Florida business entity performing substantial and not isolated business in the State of Florida.

5.      Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b) since the acts and omissions complained of in this Complaint substantially occurred in this District.

## FACTS COMMON TO ALL COUNTS

6.      Venture Medical is a leading provider of innovative solutions in wound healing and regenerative therapies.

7.      Quantum is a health care provider that advertises itself as having areas of specialty in transitional care, wound care and telehealth services.

8.      On or about February 1, 2024, Venture Medical and Quantum entered into a Sales Agreement. [Exhibit 1.]

9.      On or about October 28, 2024, Venture Medical and Quantum amended their Sales Agreement to reflect new pricing for certain products. [Exhibit 2.]

10.     Pursuant to the Sales Agreement, Quantum agreed to pay for products purchased from Venture Medical within 45 days from the date of invoice.

11. Payments not made timely by Quantum result in a charge of 1.5%, assessed monthly on all outstanding and due amounts, or alternatively, the maximum rate permitted under law.

12. Quantum also agreed to pay all losses, costs, attorney's fees and other expenses incurred by Venture Medical that result from Quantum's failure to comply with the payment terms of the Sales Agreement.

13. In between March 2024 and February 2025, at various times, Venture Medical provided products and invoiced Quantum pursuant to the terms of the Sales Agreement.

14. As of September 5, 2025, Quantum owes Venture Medical $1,008.251.62 pursuant to the terms of the Sales Agreement, which is exclusive of interests, attorney's fees and costs that have accrued since that date. [Exhibit 3.]

15. The invoices, amounts due and outstanding, and interest are described further in Exhibit 3.

16. All conditions precedent to the maintenance of this action have occurred or been waived.

17. Venture Medical has retained the undersigned counsel and has agreed to pay reasonable attorney's fees and costs for their services.

## COUNT I – BREACH OF SALES AGREEMENT

18.     Venture Medical repeats and incorporates as if fully set forth herein the allegations contained in Paragraph Nos. 1 through 17 above.

19.     The Sales Agreement is in writing, signed by Quantum, and contains enforceable provisions requiring Quantum to pay for the medical supplies provided by Venture Medical.

20.     Quantum has breached the Sales Agreement by failing to timely make payments for these supplies.

21.     As of September 5, 2025, Quantum owes Venture Medical $1,008.251.62 pursuant to the terms of the Sales Agreement, which is exclusive of interests, attorney's fees and costs that have accrued since that date.

WHEREFORE the Plaintiff, Venture Medical, LLC, hereby demands judgment against Quantum Practitioner Services, LLC for compensatory and consequential damages, costs, interest and attorney's fees, and for such further relief as this Court deems fair and just.

## COUNT II – OPEN ACCOUNT

22.     Venture Medical repeats and incorporates as if fully set forth herein the allegations contained in Paragraph Nos. 1 through 17 above.

23.     In between February 2024 and February 2025, at various times, Venture Medical provided products and invoiced Quantum pursuant to the Sales Agreement.

4

24. At all material times, Quantum accepts the products and made no objection to the invoices.

25. Further, through a course of dealing, Quantum made payments on certain invoices in performance of its obligations under the Sales Agreement.

26. As of September 5, 2025, Venture Medical rendered an account stated as to Quantum in the amount of $1,008.251.62, which is exclusive of interests, attorney's fees and costs that have accrued since that date.

27. Quantum has failed to pay the account stated.

28. Venture Medical has suffered damages in the amount of $1,008.251.62, which is exclusive of interests, attorney's fees and costs that have accrued since that date, and which continue to accrue as permitted by the Sales Agreement and under applicable law.

29. WHEREFORE the Plaintiff, Venture Medical, LLC, hereby demands judgment against Quantum Practitioner Services, LLC for compensatory and consequential damages, costs, interest and attorney's fees, and for such further relief as this Court deems fair and just.

5

**DATED** this 23rd day of April, 2026.

*/s/ Matthew S. Garnett*
**MATTHEW S. GARNETT**
Florida Bar No. 27795
MatthewG@BLHTLaw.com
MarjorieP@BLHTLaw.com
Eservice@BLHTLaw.com
**BARTLETT LOEB HINDS**
**THOMPSON & ANGELOS**
1001 Water Street, Suite 475
Tampa, Florida 33602
Phone: (813) 223-3888
Fax: (813) 228-6422
***Attorney for Plaintiff***
