DocuSign Envelope ID: 8B99273A-48F4-46C1-8076-C41141D905FE

# VENTURE MEDICAL

## New Account Form

Distributor: Bio Advanced Management

Sales Rep Name: Jeremy Noble

Sales Rep Email: ███████████████

Sales Rep Cell: ███████████

---

**Provider Name:** Alexander Stephens                 **Tax ID Number:** ███████████

**Practice Name:** Win

**Ship To:** Quantum Practitioner Services            **City:** Palmetto        **State:** FL   **Zip:** 34221

**Contact Name:** ███████████

**Contact Phone:** ███████

**Contact Email:** ███████████████████

**Practice Phone:** █████████

**Practice Fax:**

**Practice Email:** ████████████████████

**Billing NPI**        **Individual NPI:** 1811659758            **Group NPI:** 1194426197

**PTAN:** ██████

**Bill To:** Quantum Practitioner Services            **City:** Palmetto        **State:** FL   **Zip:** 34221

**Accounts Payable Contact Name:** Alexander Stephens

**Accounts Payable Phone:** ██████████

**Accounts Payable Email:** █████████████████

---

### Claims Processor Contact Information

| Alexander Stephens | ███████████████████ | |
|---|---|---|
| Contact Name: | Email: | Phone: |

---

### Individually Owned, Partnerships, and Closely Held Businesses ONLY, please complete the following:

*Venture Medical reserves the right to impose lower credit limit if this section is left blank*

| Name: Alexander Stephens | | SSN: ████████ | |
|---|---|---|---|
| Home Address: 6547 Kenava Loop | | | Telephone |
| City: Palmetto | State: Florida | Zip: 34221 | DOB: ██████████ |

**Email form to** ███████████████████████

VM_NAF_v2.041123

Page 1

DocuSign Envelope ID: 8B99273A-48F4-46C1-8076-C41141D905FE



## TERMS & SALES AGREEMENT

**By its signature below to this application for credit, Applicant herby agrees to the following terms and conditions of sale should Venture Medical, LLC., elect to extend such credit.**

1.  Applicant shall pay for all items purchased and services rendered in accordance with the terms and conditions established by Venture Medical, LLC. Absent any written agreement to the contrary signed by both Applicant and Venture Medical, LLC., payments for all purchases are due 45 days from date of invoice.

2.  All payments shall be made in form satisfactory to Venture Medical, LLC Applicant shall pay a late payment charge of 1.5% or the maximum rate permitted by law, assessed monthly unl paid in full on any amount not paid when due. Applicant shall also pay all losses, costs, attorney's fees or other expenses incurred by Venture Medical, LLC as a result of Applicant's failure to comply with the terms of this agreement. Failure or delay by Venture Medical, LLC to bill for any such late payment or other charge or expense shall not waive or otherwise affect Venture Medical, LLC., right to collect these charges.

3.  Venture Medical, LLC., reserves the right at all times to limit or terminate the extension of credit and to modify its terms of sale.

4.  Applicant represents and warrants that all information provided in this Application or otherwise submitted is true and correct and is being furnished for the purpose of obtaining/retaining credit from Venture Medical, LLC. When requested, Applicant shall provide Venture Medical, LLC., with current financial statements and/or tax returns with all notes and schedules necessary to extend, review or adjust credit.

**Applicant represents and warrants that the information provided herein is true and correct. Applicant authorizes Venture Medical, LLC to contact any source necessary to determine Applicants credit worthiness. Applicant represents and warrants that this application has been executed by its authorized representative.**

**Applicant Company Name:** Quantum Practitioner Services          **Date:** 2/1/24

**Authorized Signatory Name:** Alexander Stephens          **Title:** 2/1/24

**Authorized Signatory Signature:**
DocuSigned by:
*Alexander Stephens*
B3FD100A40C84D3...

DocuSign Envelope ID: 8B99273A-48F4-46C1-8076-C41141D905FE



## Schedule A

| Brand | SKU | Description | Price |
|---|---|---|---|
| AmnioWrap2 | AW2-0202 | 2 x 2 cm | $ ▮▮▮ |
| AmnioWrap2 | AW2-0204 | 2 x 4 cm | $ ▮▮▮ |
| AmnioWrap2 | AW2-0303 | 3 x 3 cm | $ ▮▮▮ |
| AmnioWrap2 | AW2-0404 | 4 x 4 cm | $ ▮▮▮ |
| AmnioWrap2 | AW2-0406 | 4 x 6 cm | $ ▮▮▮ |
| AmnioWrap2 | AW2-0408 | 4 x 8 cm | $ ▮▮▮ |