

**AMENDMENT TO SALES AGREEMENT (EFF.** October 25, 2024)

1. Venture Medical, LLC ("Venture"), and the undersigned customer ("Account") previously entered into a Sales Agreement [dated 02/01/2024], as it may have been amended from time to time (the "Sales Agreement").
2. Venture is changing the price(s) of one or more the following product(s):
- AmnioWrap2 from ▮▮▮▮▮▮▮▮
3. <u>Schedule</u> A attached to this Amendment sets for the new price(s) of the size(s) of <u>BIOVANCE, Grafix PL Prime, AmnioWrap2, Vendaje AC</u> available for purchase by Account. Schedule A replaces all prior and contemporaneous price schedules applicable to Account for BIOVANCE, Grafix PL Prime, AmnioWrap2, Vendaje AC
4. Schedule A also includes the following new product(s), which Account may purchase at the price(s) indicated on Schedule A: Vendaje AC
5. Account acknowledges that the terms and conditions of sale set forth in the Sales Agreement, as modified by this Amendment, and at https://www.venturemedical1.com/terms, as the same may be updated from time to time, are the only terms and conditions applicable to the sale of BIOVANCE, Grafix PL Prime, AmnioWrap2, Vendaje AC by Venture to Account.
6. Account is authorized to purchase only those products listed on <u>Schedule A</u> to this Amendment, for the listed prices. **REBATES AND DISCOUNTS ON PRODUCTS REIMBURSED BY MEDICARE ARE PROHIBITED BY FEDERAL LAW.** Venture may continue to update <u>Schedule A</u> from time to time to add or remove products and update pricing.
7. Account will make payments by method satisfactory to Venture. ACH is the preferred method of payment. Other methods of payment may be used upon Venture's approval.

**Account Name:** Quantum Practitioner Services      **Date: October 17, 2024**

**Authorized Signatory Name:** Alexander Stephens      **Title:** Owner

**Authorized Signatory Signature:** *Alexander Stephens*



### Schedule A eff. October 25, 2024

| Brand | SKU | Description | Price |
|---|---|---|---|
| AmnioWrap2 | AW2-0202 | AmnioWrap2 2 x 2 cm | $■ |
| AmnioWrap2 | AW2-0204 | AmnioWrap2 2 x 4 cm | $■ |
| AmnioWrap2 | AW2-0303 | AmnioWrap2 3 x 3 cm | $■ |
| AmnioWrap2 | AW2-0404 | AmnioWrap2 4 x 4 cm | $■ |
| AmnioWrap2 | AW2-0406 | AmnioWrap2 4 x 6 cm | $■ |
| AmnioWrap2 | AW2-0408 | AmnioWrap2 4 x 8 cm | $■ |
| AmnioWrap2 | AW2-0203 | AmnioWrap2 2 x 3 cm | $■ |
| AmnioWrap2 | AW2-0707 | AmnioWrap2 7 x 7 xm | $■ |
| Vendaje AC | 300-008-0204-001 | Vendaje AC 2 x 4 cm | $■ |
| Vendaje AC | 300-016-0404-001 | Vendaje AC 4 x 4 cm | $■ |
| Vendaje AC | 300-001-0101-005 | Vendaje AC 1 x 1 cm | $■ |
| Vendaje AC | 300-004-0202-001 | Vendaje AC 2 x 2 cm | $■ |
| Vendaje AC | 300-049-0707-001 | Vendaje AC 7 x 7 cm | $■ |
| Vendaje AC | 300-006-0203-001 | Vendaje AC 2 x 3 cm | $■ |

Zoho Sign Document ID: 305434F6-RXFXBCTLVNOJUVPWTWK17EKLCDPCA5FFSMLXJRVTFZY



VENTURE MEDICAL

| Brand | SKU | Description | Price |
|---|---|---|---|
| Vendaje AC | 300-024-0406-001 | Vendaje AC 4 x 6 cm | $ |
| Vendaje AC | 300-032-0408-001 | Vendaje AC 4 x 8 cm | $ |
| Vendaje AC | 300-120-1020-001 | Vendaje AC 10 x 20 cm | $ |
| Vendaje AC | 300-400-1020-001 | Vendaje AC 10 x 20 (2) | $ |
| Vendaje AC | 300-009-0303-001 | Vendaje AC 3 x 3 cm | $ |
| BIOVANCE | DHAM0022 | BIOVANCE 2 x 2 cm | $ |
| BIOVANCE | DHAM0023 | BIOVANCE 2 x 3 cm | $ |
| BIOVANCE | DHAM0024 | BIOVANCE 2 x 4 cm | $ |
| BIOVANCE | DHAM0035 | BIOVANCE 3 x 3.5 cm | $ |
| BIOVANCE | DHAM0055 | BIOVANCE 5 x 5 cm | $ |
| BIOVANCE | DHAM0066 | BIOVANCE 6 x 6 cm | $ |
| BIOVANCE | DHAM0044 | BIOVANCE 4 x 4 cm | $ |
| Grafix PL Prime | PS13016 | GRAFIX PL 16 mm Disc | $ |
| Grafix PL Prime | PS13015 | GRAFIX PL 1.5 x 2 cm | $ |
| Grafix PL Prime | PS13023 | GRAFIX PL 2 x 3 cm | $ |
| Grafix PL Prime | PS13055 | GRAFIX PL 5 x 5 cm | $ |



| Brand | SKU | Description | Price |
|---|---|---|---|
| Grafix PL Prime | PS13033 | GRAFIX PL 3 x 3 cm | $█████ |
| Grafix PL Prime | PS13034 | GRAFIX PL 3 x 4 cm | $█████ |