

September, 2025

*By Federal Express and Email*

Dr. Alexander Stephens
Quantum Practitioner Services
6547 Kenava Loop
Palmetto, FL 34221

Re:    Past-Due Balance

Dear Dr. Stephens:

Further to our letter of July 2, 2025, as of the date of this letter, Quantum Practitioner Services continues to have a past-due balance to Venture Medical, LLC ("Venture"), in the total amount of $1,008,251.62. This amount is comprised of the attached invoices.

| Invoice # | Invoice Date | Due Date | Invoice Amt | Balance | Interest | Total Due |
|---|---|---|---|---|---|---|
| INV-0003200 | 03-12-2024 | 08-22-2024 | 30560.00 | 30560.00 | 6245.43 | 36805.43 |
| INV-0003204 | 09-09-2024 | 10-24-2024 | 22920.00 | 22920.00 | 3828.31 | 26748.31 |
| INV-0003203 | 09-23-2024 | 11-07-2024 | 22920.00 | 22920.00 | 3641.77 | 26561.77 |
| INV-0003199 | 03-12-2024 | 08-22-2024 | 30560.00 | 30560.00 | 6245.43 | 36805.43 |
| INV-0007387 | 07-08-2024 | 08-22-2024 | 16720.00 | 16720.00 | 3417.00 | 20137.00 |
| INV-0007382 | 07-08-2024 | 08-22-2024 | 16720.00 | 16720.00 | 3417.00 | 20137.00 |
| INV-0007391 | 07-08-2024 | 08-22-2024 | 16720.00 | 16720.00 | 3417.00 | 20137.00 |
| INV-0007384 | 07-08-2024 | 08-22-2024 | 33440.00 | 33440.00 | 6834.01 | 40274.01 |
| INV-0007722 | 07-16-2024 | 08-30-2024 | 9405.00 | 9405.00 | 1876.86 | 11281.86 |
| INV-0007721 | 07-16-2024 | 08-30-2024 | 16720.00 | 16720.00 | 3336.64 | 20056.64 |
| INV-0008065 | 07-24-2024 | 09-07-2024 | 9405.00 | 9405.00 | 1831.83 | 11236.83 |
| INV-0008184 | 07-26-2024 | 09-09-2024 | 6270.00 | 6270.00 | 1213.74 | 7483.74 |
| INV-0008185 | 07-26-2024 | 09-09-2024 | 16720.00 | 16720.00 | 3236.63 | 19956.63 |
| INV-0008188 | 07-26-2024 | 09-09-2024 | 16720.00 | 16720.00 | 3236.63 | 19956.63 |
| INV-0008186 | 07-26-2024 | 09-09-2024 | 6270.00 | 6270.00 | 1213.74 | 7483.74 |
| INV-0008360 | 07-31-2024 | 09-14-2024 | 4180.00 | 4180.00 | 796.70 | 4976.70 |
| INV-0008471 | 08-01-2024 | 09-15-2024 | 4180.00 | 4180.00 | 794.22 | 4974.22 |
| INV-0008518 | 08-02-2024 | 09-16-2024 | 4180.00 | 4180.00 | 791.73 | 4971.73 |
| INV-0008533 | 08-05-2024 | 09-19-2024 | 4180.00 | 4180.00 | 784.28 | 4964.28 |
| INV-0008775 | 08-09-2024 | 09-23-2024 | 9405.00 | 9405.00 | 1742.32 | 11147.32 |
| INV-0008796 | 08-12-2024 | 09-26-2024 | 4180.00 | 4180.00 | 766.94 | 4946.94 |
| INV-0008795 | 08-12-2024 | 09-26-2024 | 4180.00 | 4180.00 | 766.94 | 4946.94 |
| INV-0008964 | 08-15-2024 | 09-29-2024 | 9405.00 | 9405.00 | 1708.94 | 11113.94 |
| INV-0008927 | 08-14-2024 | 09-28-2024 | 16720.00 | 16720.00 | 3047.99 | 19767.99 |
| INV-0008928 | 08-14-2024 | 09-28-2024 | 4180.00 | 4180.00 | 762.00 | 4942.00 |
| INV-0008965 | 08-15-2024 | 09-29-2024 | 16720.00 | 16720.00 | 3038.11 | 19758.11 |
| INV-0008962 | 08-15-2024 | 09-29-2024 | 4180.00 | 4180.00 | 759.53 | 4939.53 |

1



| INV-0008999 | 08-15-2024 | 09-29-2024 | 8360.00 | 8360.00 | 1519.05 | 9879.05 |
|---|---|---|---|---|---|---|
| INV-0009092 | 08-19-2024 | 10-03-2024 | 9405.00 | 9405.00 | 1686.73 | 11091.73 |
| INV-0009093 | 08-19-2024 | 10-03-2024 | 9405.00 | 9405.00 | 1686.73 | 11091.73 |
| INV-0009207 | 08-22-2024 | 10-06-2024 | 9405.00 | 9405.00 | 1670.11 | 11075.11 |
| INV-0009206 | 08-22-2024 | 10-06-2024 | 4180.00 | 4180.00 | 742.27 | 4922.27 |
| INV-0009474 | 08-28-2024 | 10-12-2024 | 41800.00 | 41800.00 | 7275.32 | 49075.32 |
| INV-0009415 | 08-27-2024 | 10-11-2024 | 4180.00 | 4180.00 | 729.99 | 4909.99 |
| INV-0009406 | 08-27-2024 | 10-11-2024 | 16720.00 | 16720.00 | 2919.94 | 19639.94 |
| INV-0009676 | 09-03-2024 | 10-18-2024 | 4180.00 | 4180.00 | 712.83 | 4892.83 |
| INV-0009677 | 09-03-2024 | 10-18-2024 | 9405.00 | 9405.00 | 1603.88 | 11008.88 |
| INV-0009902 | 09-05-2024 | 10-20-2024 | 9405.00 | 9405.00 | 1592.88 | 10997.88 |
| INV-0009968 | 09-09-2024 | 10-24-2024 | 4180.00 | 4180.00 | 698.18 | 4878.18 |
| INV-0009969 | 09-09-2024 | 10-24-2024 | 9405.00 | 9405.00 | 1570.91 | 10975.91 |
| INV-0010108 | 09-11-2024 | 10-26-2024 | 9405.00 | 9405.00 | 1559.94 | 10964.94 |
| INV-0010417 | 09-18-2024 | 11-02-2024 | 9405.00 | 9405.00 | 1521.64 | 10926.64 |
| INV-0010584 | 09-23-2024 | 11-07-2024 | 4180.00 | 4180.00 | 664.16 | 4844.16 |
| INV-0010622 | 09-23-2024 | 11-07-2024 | 9405.00 | 9405.00 | 1494.37 | 10899.37 |
| INV-0010791 | 09-26-2024 | 11-10-2024 | 9405.00 | 9405.00 | 1478.03 | 10883.03 |
| INV-0011042 | 10-03-2024 | 11-17-2024 | 9405.00 | 9405.00 | 1440.02 | 10845.02 |
| INV-0011132 | 10-04-2024 | 11-18-2024 | 33440.00 | 33440.00 | 5100.80 | 38540.80 |
| INV-0011146 | 10-04-2024 | 11-18-2024 | 4180.00 | 4180.00 | 637.60 | 4817.60 |
| INV-0011218 | 10-07-2024 | 11-21-2024 | 4180.00 | 4180.00 | 630.38 | 4810.38 |
| INV-0011334 | 10-10-2024 | 11-24-2024 | 9405.00 | 9405.00 | 1402.14 | 10807.14 |
| INV-0011449 | 10-15-2024 | 11-29-2024 | 4180.00 | 4180.00 | 611.18 | 4791.18 |
| INV-0011448 | 10-15-2024 | 11-29-2024 | 4180.00 | 4180.00 | 611.18 | 4791.18 |
| INV-0011562 | 10-16-2024 | 11-30-2024 | 4180.00 | 4180.00 | 608.79 | 4788.79 |
| INV-0011618 | 10-18-2024 | 12-02-2024 | 4180.00 | 4180.00 | 604.00 | 4784.00 |
| INV-0011684 | 10-21-2024 | 12-05-2024 | 4180.00 | 4180.00 | 596.83 | 4776.83 |
| INV-0011674 | 10-21-2024 | 12-05-2024 | 4180.00 | 4180.00 | 596.83 | 4776.83 |
| INV-0011805 | 10-23-2024 | 12-07-2024 | 25080.00 | 25080.00 | 3552.36 | 28632.36 |
| INV-0011807 | 10-23-2024 | 12-07-2024 | 4180.00 | 4180.00 | 592.06 | 4772.06 |
| INV-0011868 | 10-24-2024 | 12-08-2024 | 4180.00 | 4180.00 | 589.68 | 4769.68 |
| INV-0012028 | 10-28-2024 | 12-12-2024 | 4511.00 | 4511.00 | 626.09 | 5137.09 |
| INV-0012029 | 10-28-2024 | 12-12-2024 | 4511.00 | 4511.00 | 626.09 | 5137.09 |
| INV-0012034 | 10-29-2024 | 12-13-2024 | 4512.00 | 4512.00 | 623.66 | 5135.66 |
| INV-0012157 | 10-31-2024 | 12-15-2024 | 4512.00 | 4512.00 | 618.53 | 5130.53 |
| INV-0012151 | 10-31-2024 | 12-15-2024 | 18048.00 | 18048.00 | 2474.11 | 20522.11 |
| INV-0012230 | 11-01-2024 | 12-16-2024 | 4512.00 | 4512.00 | 615.96 | 5127.96 |
| INV-0012257 | 11-04-2024 | 12-19-2024 | 4512.00 | 4512.00 | 608.28 | 5120.28 |
| INV-0012259 | 11-04-2024 | 12-19-2024 | 4512.00 | 4512.00 | 608.28 | 5120.28 |
| INV-0012497 | 11-11-2024 | 12-26-2024 | 4512.00 | 4512.00 | 590.39 | 5102.39 |
| INV-0012498 | 11-11-2024 | 12-26-2024 | 4512.00 | 4512.00 | 590.39 | 5102.39 |
| INV-0012597 | 11-13-2024 | 12-28-2024 | 4512.00 | 4512.00 | 585.30 | 5097.30 |
| INV-0012719 | 11-15-2024 | 12-30-2024 | 27072.00 | 27072.00 | 3481.21 | 30553.21 |
| INV-0012723 | 11-15-2024 | 12-30-2024 | 10152.00 | 10152.00 | 1305.45 | 11457.45 |



| | | | | | | |
|---|---|---|---|---|---|---|
| INV-0012725 | 11-15-2024 | 12-30-2024 | 4512.00 | 4512.00 | 580.20 | 5092.20 |
| INV-0012726 | 11-15-2024 | 12-30-2024 | 10152.00 | 10152.00 | 1305.45 | 11457.45 |
| INV-0012785 | 11-18-2024 | 01-02-2025 | 4512.00 | 4512.00 | 572.57 | 5084.57 |
| INV-0012784 | 11-18-2024 | 01-02-2025 | 4512.00 | 4512.00 | 572.57 | 5084.57 |
| INV-0012921 | 11-20-2024 | 01-04-2025 | 4512.00 | 4512.00 | 567.49 | 5079.49 |
| INV-0012935 | 11-21-2024 | 01-05-2025 | 4512.00 | 4512.00 | 564.95 | 5076.95 |
| INV-0013108 | 11-25-2024 | 01-09-2025 | 4512.00 | 4512.00 | 554.81 | 5066.81 |
| INV-0013107 | 11-25-2024 | 01-09-2025 | 4512.00 | 4512.00 | 554.81 | 5066.81 |
| INV-0013339 | 12-02-2024 | 01-16-2025 | 4512.00 | 4512.00 | 537.11 | 5049.11 |
| INV-0013338 | 12-02-2024 | 01-16-2025 | 4512.00 | 4512.00 | 537.11 | 5049.11 |
| INV-0013983 | 12-16-2024 | 01-30-2025 | 4512.00 | 4512.00 | 501.90 | 5013.90 |
| INV-0013982 | 12-16-2024 | 01-30-2025 | 4512.00 | 4512.00 | 501.90 | 5013.90 |
| INV-0014291 | 12-23-2024 | 02-06-2025 | 4512.00 | 4512.00 | 484.39 | 4996.39 |
| INV-0014504 | 12-30-2024 | 02-13-2025 | 4512.00 | 4512.00 | 466.93 | 4978.93 |
| INV-0014826 | 01-06-2025 | 02-20-2025 | 4512.00 | 4512.00 | 449.54 | 4961.54 |
| INV-0015190 | 01-13-2025 | 02-27-2025 | 5344.00 | 5344.00 | 511.91 | 5855.91 |
| INV-0015365 | 01-16-2025 | 03-02-2025 | 5344.00 | 5344.00 | 503.14 | 5847.14 |
| INV-0016256 | 01-30-2025 | 03-16-2025 | 5344.00 | 5344.00 | 462.36 | 5806.36 |
| INV-0016709 | 02-10-2025 | 03-27-2025 | 5344.00 | 5344.00 | 430.52 | 5774.52 |
| INV-0016823 | 02-12-2025 | 03-29-2025 | 12024.00 | 12024.00 | 955.69 | 12979.69 |

Total:   $ 1,008,251.62

*Prior Attempts to Obtain Payment*

Venture has made the following attempts to contact Quantum Practitioner Services to obtain payment:

| Date | | Method of Contact | Clinic/Practice Group Contact |
|---|---|---|---|
| 07/02/2024 | ███████ | Email | ███████ |
| 07/24/2024 | ██████ | Phone Call | ██████ |
| 08/01/2024 | ██████ | Email | ██████ |
| 08/12/2024 | ██████ | Email | █████ |
| 09/04/2024 | ██████ | Email | ████████ |
| 09/12/2024 | ██████ | Email | ████████ |
| 09/19/2024 | ██████ | Phone Call | █████ |
| 10/09/2024 | ██████ | Meeting | █████ |
| 10/28/2024 | ██████ | Email | ███████ |
| 11/12/2024 | █████ | Email | █████ |
| 12/16/2024 | █████ | Phone Call | █████ |



| 01/03/2025 | ████████ | Meeting | ████████████ ████████ |
| | | | ████ |
| 01/23/2025 | ████████ | Meeting | ████████████████ |
| | | | ████ |
| 03/18/2025 | ██████ck | Phone Call | ██████████ |
| 04/18/2025 | ████████ | Meeting | ██████████████████ |
| | | | ████ |
| 06/06/2025 | ████████ | Meeting | ██████████ |
| 06/11/2025 | ████████ | Email | ████████ |
| 06/20/2025 | ████████ | Phone Call | ████████████ |
| | | | ████████ |
| 07/02/2025 | ██████████ | Certified Letter | ████████████ |

**VENTURE HEREBY REPEATS ITS DEMAND FOR IMMEDIATE PAYMENT OF THE FULL AMOUNT OF THE PAST-DUE BALANCE.**

*Addition of Interest to Past-Due Balance Unless Full Payment is Received*
We continue to have been unable to reach you to discuss the past-due balance. Venture has therefore exercised its right under applicable law to interest in the amount of ten percent (10%) per annum - 0.19% per week - from the original due date of each invoice. As of the date of this letter, the amount of interest that has accrued is $14,2421.62. This interest amount has been added to the total past-due balance. If, by September 5, 2025, Quantum Practitioner Services makes full payment of the total past-due balance, including the interest amount listed in this paragraph then no further interest will accrue on this past-due balance. If Quantum Practitioner Services does not make full payment or enter into a written payment plan acceptable to Venture by September 5, 2025, **THIS ACCOUNT WILL BE TURNED OVER TO COLLECTIONS**.

Please respond to this letter by email to michael@venturemedical1.com .

Sincerely,

J. Michael Schroeder
Executive Vice President and Chief Legal Officer[*]

* not admitted in Montana

4